COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Timothy Dynell George v. The State of Texas

Appellate case number:     01-15-00128-CR

Trial court case number:    1431234

Trial court:                        185th District Court of Harris County

On November 3, 2016, this Court had continued the abatement and remanded this appeal to the trial court for findings on whether appellant's retained counsel, Robert T. Wallace, had abandoned this appeal, or whether appellant, Timothy Dynell George, was not indigent, but had not made the necessary arrangements for filing a brief such that he had abandoned this appeal, to allow this Court to proceed without briefs. *See* TEX. R. APP. P. 38.8(b)(4). On November 8, 2016, the appeal hearing record was filed in this Court containing the trial court's findings on the record that both appellant and his counsel have abandoned this appeal. Although the trial court noted that written findings of fact were being sent to this Court at a later date, the trial court's findings on the record on abandonment are sufficient for reinstatement.

Accordingly, the Clerk of this Court is directed to **REINSTATE** this appeal on the active docket. We will consider this appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4). The Clerk of this Court will set this case at a later date for submission on the record, without briefs or argument, at the soonest practicable time.

It is so **ORDERED**.

Judge's signature: _/s/ Laura Carter Higley
                            ☒ Acting individually

Date: November 29, 2016